IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRENDAN WELCH,<br><br>    Plaintiff,<br><br>vs.<br><br>MIKE HILGERS,<br><br>    Defendant. | 4:25-CV-3164<br><br>ORDER |

  The plaintiff has filed a motion for leave to amend his complaint. Filing 7. Because no responsive pleading or motion has been filed, he may still amend his complaint once as a matter of course. *See* Fed. R. Civ. P. 15(a)(1). The plaintiff should file his amended pleading on or before October 13, 2025, so that this Court can conduct its initial review. *See* filing 6.

  IT IS ORDERED:

1. The plaintiff's motion for leave (filing 7) is granted.

2. The plaintiff shall file his amended pleading on or before October 13, 2025.

3. The Clerk of the Court shall set an amended complaint deadline for October 13, 2025.

Dated this 29th day of September, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge